IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROWENA REYES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-1348-L** |
| **WELLS FARGO BANK, N.A.,** | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the court is Defendant's Rule 12(b)(6) Motion to Dismiss (Doc. 24), filed April 4, 2016. On October 19, 2016, United States Magistrate Judge Paul D. Stickney entered the Findings, Conclusions, and Recommendations of the United States Magistrate Judge ("Report") recommending that Defendant's Motion to Dismiss be granted and that Plaintiff's causes of action be dismissed with prejudice. Plaintiff ha**s** filed an objection to the Report. Having reviewed the file, Report, record in this case, and conducting a *de novo* review of Plaintiff's objection, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objection, **grants** Defendant's Rule 12(b)(6) Motion to Dismiss, and **dismisses** this action **with prejudice.**

**It is so ordered** this 23rd day of November, 2016.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**